UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DCR MARKETING INC. and DCR
STRATEGIES LEGAL INC.,
                   Plaintiffs,               19-CV-3249 (JPO)

          -v-                              ORDER

JOSEPHINE LEE PEREIRA,
                   Defendant.

J. PAUL OETKEN, District Judge:

The Court has considered the parties' letters dated April 30 and May 2, 2019. (Dkt. Nos. 10, 13, 15.) Because Plaintiffs have failed to comply with Federal Rule of Civil Procedure 26(d), the return date on Plaintiffs' subpoenas issued to third parties is hereby adjourned, pending further order of this Court.

Defendant's request for a conference is denied without prejudice to renewal at a later time. Defendant's request for attorney's fees and costs is denied.

The Clerk of Court is directed to close the motions at Docket Numbers 13 and 15.

SO ORDERED.

Dated: May 23, 2019
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge