

June 18, 2019

**VIA ELECTRONIC FILING**
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall Courthouse
United States Courthouse
40 Foley Square
New York, NY 10007-1312

**Re:** *DCR Marketing, Inc., et al. v. Josephine Lee Pereira*, 19-cv-03249

Dear Judge Oetken:

    This law firm represents defendant Josephine Lee Pereira in the above-referenced matter. As permitted by Rule 3.D.ii of this Court's Individual Practices in Civil Cases, this letter will advise the Court that Pereira elects to apply her previously-filed motion to dismiss (ECF # 17-19) to Plaintiffs' First Amended Complaint dated June 13, 2019 (ECF # 21), effective as of today's date. Pereira understands that all parties will file opposition and reply papers within the time permitted by the Federal Rules of Civil Procedure and Local Civil Rules, namely 14 and 21 days from today, respectively. Finally, Pereira respectfully requests the opportunity to present oral argument on this motion should the Court so desire.

                                        Respectfully Submitted,

                                        GUZOV, LLC

                                        By:_____
                                            Debra J. Guzov
                                            David J. Kaplan
                                        805 Third Avenue, 8th Floor
                                        New York, New York 10022
                                        (212) 371-8008
                                        *Attorneys for Defendant*

cc: Michael Brett, Esq. (via electronic filing)