UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DCR MARKETING INC. et al.,
                      Plaintiffs,

-against-

JOSEPHINE LEE PEREIRA,
                      Defendant.
-----------------------------------------------------------X



19 CIVIL 3249 (JPO)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 8, 2020, Defendant's motion to dismiss is GRANTED. The federal claim under the CFAA is dismissed with prejudice. The state-law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           January 9, 2020

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**
                 **BY:** _____
                                              **Deputy Clerk**